**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CHARMAINE DICKENS**                                                                     **PLAINTIFF**

**v.**                                            **3:08CV00164-WRW**

**AT&T UMBRELLA BENEFIT PLAN
NO. 1 - AT&T DISABILITY INCOME
PROGRAM,** *et al*.                                                                     **DEFENDANTS**

<u>**JUDGMENT**</u>

In accordance with the Court's Order entered this date, Judgment is hereby entered in

favor of Defendants, and this case is dismissed.

IT IS SO ORDERED this 18th day of June, 2009.


/s /Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE